COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Sarjak Container Lines Singapore PTE. Limited v. Barbara
                            Semons

Appellate case number:      01-21-00508-CV

Trial court case number:    1155769

Trial court:                County Civil Court at Law No. 3 of Harris County

On October 20, 2021, Eugene J. McDonald filed a motion and application for admission pro hac vice to appear before the Court in this appeal on behalf of appellant Sarjak Container Lines Singapore Pte. Limited ("Sarjak"). Ashley T. Parrish, a licensed Texas attorney, and local counsel for Sarjak, filed a motion in support of Mr. McDonald's motion for admission pro hac vice. The motion conforms with Rule XIX of the Texas Rules Governing Admissions to the Bar of Texas. *See* TEX. RULES GOVERN. BAR ADM'N R. XIX(a) (West 2018).

The motion for admission pro hac vice of Mr. McDonald includes a certificate of conference stating that appellee, Barbara Semons, is not opposed to the relief sought by the motion for admission pro hac vice. *See* TEX. R. APP. P. 10.3. Accordingly, the motion for admission pro hac vice of Eugene J. McDonald is **granted**.

It is so ORDERED.

Judge's signature: ____/s/ April Farris_____
                   ☑ Acting individually    ☐ Acting for the Court

Date: ___October 28, 2021_____